IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

**UNITED STATES OF AMERICA**

VS                                             CR NO. 4:22-cr-01041-JD-1

Tiffany McFadden

# PLEA

The defendant, Tiffany McFadden, having withdrawn her plea of Not Guilty entered January 6, 2023, pleads **GUILTY** to **Count #(1)** of the **Indictment** after arraignment in open court.

_____
(Signed) Defendant

Florence, South Carolina
April 26, 2023